# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **JOHNNY WHITE,**<br>**an individual,** | ) <br> ) <br> ) |
| **PLAINTIFF,** | ) <br> ) |
| **v.** | ) **Case No. 4:22-CV-00023** <br> ) |
| **7-ELEVEN, INC.,**<br>**a foreign corporation,** | ) <br> ) <br> ) |
| **DEFENDANT.** | ) <br> ) |

## <u>MEMORANDUM</u>

COMES NOW PLAINTIFF, by and through counsel, and hereby provides

status to the Court that the parties have not finalized the settlement documents and

request an additional thirty (30) days up to and including January 20, 2023 to file

the dismissal papers.

Respectfully submitted,

LAW OFFICE OF MICHELLE M. FUNKENBUSCH
  */s/ Michelle M. Funkenbusch*
Michelle M. Funkenbusch, Bar # MO48603
2901 Dougherty Ferry Rd., Suite 100
St. Louis, MO 63122
Telephone: (314) 338-3500
Cell: (314) 799-6602
Fax: (314)270-8103
mmf@SaintLouisLegal.com

*Attorney for Plaintiff White*