# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JOHNNY WHITE,** an individual, | ) ) ) |
| PLAINTIFF, | ) ) ) |
| v. | ) Case No. 4:22-CV-00023 ) |
| **7-ELEVEN, INC.,** a foreign corporation, | ) ) ) ) |
| DEFENDANT. | ) |

## STIPULATION FOR DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants stipulate that Plaintiff's Complaint is dismissed with prejudice. Each party will bear its own costs.

        LAW OFFICE OF MICHELLE M. FUNKENBUSCH

        */s/ Michelle M. Funkenbusch*
        Michelle M. Funkenbusch, # 48603 MO
        2901 Dougherty Ferry Rd., Suite 100
        St. Louis, MO 63122
        Telephone: (314) 338-3500
        Cell: (314) 799-6602
        Fax: (314)270-8103
        mmf@SaintLouisLegal.com
        Attorney for Plaintiff White

*/s/ Michael S. Orr*
Michael S. Orr, CA Bar No. 1196844
Call & Jensen, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
msorr@calljensen.com
Attorneys for Defendant 7-Eleven Inc.